No. 90–1929. PENNSYLVANIA POWER CO. v. PENNSYLVANIA PUBLIC UTILITY COMMISSION ET AL. Sup. Ct. Pa. Certiorari denied.

No. 90–1930. COLON v. UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 90–1932. MOODY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–1933. MOSES ET AL. v. BUSINESS CARD EXPRESS, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 90–1934. TRIUMPH TANKERS LTD. v. KERR-MCGEE REFINING CORP. C. A. 2d Cir. Certiorari denied.

No. 90–1935. WILLIAMS ET AL. v. VERMONT ET AL. Sup. Ct. Vt. Certiorari denied.

No. 90–1938. NEW YORK TIMES CO. v. RAGIN ET AL. C. A. 2d Cir. Certiorari denied.

No. 90–1939. CARTER ET UX. v. DIRECTOR OF REVENUE OF MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 90–1940. TRAPPER MINING INC. ET AL. v. LUJAN, SECRETARY OF THE INTERIOR, ET AL. C. A. 10th Cir. Certiorari denied.

No. 90–1942. SHIPP ET UX. v. BYERLEIN. Ct. App. Mich. Certiorari denied.

No. 90–1943. PSS STEAMSHIP CO., INC. v. OFFICIAL COMMITTEE OF UNSECURED CREDITORS ET AL. C. A. 2d Cir. Certiorari denied.

No. 90–1944. KRUGER ET AL. v. EASTERN AIR LINES, INC. C. A. 2d Cir. Certiorari denied.

No. 90–1945. KING v. BOARD OF REGENTS OF THE UNIVERSITY OF GEORGIA ET AL. C. A. 11th Cir. Certiorari denied.